BLECHER & COLLINS, P.C.
Maxwell M. Blecher (State Bar No. 26202)
*mblecher@blechercollins.com*
William C. Hsu (State Bar. No. 108922)
*whsu@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
*jelkayam@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff and Counterdefendant
GENERATION ORANGE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GENERATION ORANGE, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> RADIO FLYER, INC., an Illinois corporation; and TARGET CORPORATION, a Minnesota corporation, <br><br> Defendants. <br>_____<br> RADIO FLYER, INC., an Illinois corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> GENERATION ORANGE, INC., a California corporation, <br><br> Counterdefendant. | CV 11-05354 DSF (AJWx) <br><br> **PROTECTIVE ORDER** <br><br> **[DISCOVERY MATTER]** <br><br> Magistrate Judge: Andrew J. Wistrich <br> Courtroom: 690 (Roybal) |

# ORDER

Upon stipulation of the parties, for good causes shown, the Stipulation and [Proposed] Protective Order submitted by the parties on October 20, 2011, shall be entered. Any disputes arising out of this Order shall be resolved in accordance with L.R. 37.

**IT IS SO ORDERED**.

/s/

DATED: October 31, 2011

HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

#48556

1